```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 17398
   MARIA GOMEZ
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9654


----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 09/24/2007 and was not confirmed.

    The case was dismissed without confirmation 01/09/2008.
----------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
GRP LOAN LLC              NOTICE ONLY     NOT FILED            .00           .00
GRP LOAN LLC              NOTICE ONLY     NOT FILED            .00           .00
COOK COUNTY TREASURER     SECURED           6000.00            .00           .00
GRP LOAN CORP             CURRENT MORTG        .00             .00           .00
GRP LOAN CORP             MORTGAGE ARRE   48000.00             .00           .00
HSBC NV                   UNSECURED       NOT FILED            .00           .00
ILL COLL SVC              UNSECURED       NOT FILED            .00           .00
MRS ASSOCIATES            UNSECURED       NOT FILED            .00           .00
ZENITH ACQUISITIONS       UNSECURED       NOT FILED            .00           .00
ILLINOIS DEPT OF REV      PRIORITY          206.46             .00           .00
ILLINOIS DEPT OF REV      UNSECURED          50.20             .00           .00
SECOND START              DEBTOR ATTY     2,954.00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                        ---------------      ---------------
TOTALS                        .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 04/23/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |